# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL CASE NO. 1:23-CV-22060-FAM

BTC MEDIA, LLC,

    Plaintiff

v.

THE TRADE GROUP, INC.,

    Defendant.
_____/

### [PROPOSED] ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF TEXAS

THIS CAUSE came before the Court upon Defendant The Trade Group, Inc.'s Motion to Dismiss, Stay, or Transfer Plaintiff's Amended Complaint and Memorandum of Law in Support (D.E. 18), filed on August 9, 2023.

THE COURT, having considered the Motion, the Response (D.E. 19), and the Reply (D.E. 20), the pertinent portions of the record, and being otherwise fully advised in the premise, it is

ADJUDGED that the Motion is GRANTED insofar as it requests transfer to the Northern District of Texas.  It is further

ADJUDGED that the above-captioned matter be TRANSFERRED to the Northern District of Texas, the Honorable Mark T. Pittman presiding, Cause No. 017-342217-23, *The Trade Group, Inc. v. BTC Media, LLC*.

DONE AND ORDERED in Chambers at Miami, Florida this ____of ___ 2023.

_____
HON. FREDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

37335083v.2
72462496;1